*E. K. Overstreet*, contra.

---

WILKERSON *et al.* v. THE STATE.

GILBERT, J. No error of law is complained of; and the evidence authorized the verdict, which was approved by the trial judge.

*Judgment affirmed. All the Justices concur.*

No. 880. JUNE 14, 1918.

Indictment for murder. Before Judge Hammond. Burke superior court. February 22, 1918.

*C. B. Garlick*, for plaintiffs in error.

*Clifford Walker*, attorney-general, *A. L. Franklin*, solicitor-general, *John M. Graham*, and *M. C. Bennet*, contra.